1 MCGREGOR W. SCOTT
United States Attorney
2 TIMOTHY H. DELGADO
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                     Case No. 2:18-cr-0099-JAM

12                              Plaintiff,        STIPULATION AND ORDER TO MODIFY THE
                                                  BRIEFING SCHEDULE AND CONTINUE THE
13                   v.                           MOTION HEARING TO SEPTEMBER 11, 2018

14 TAMARAN EDWARD BONTEMPS,                       Date: June 5, 2018
                                                  Time: 9:15 a.m.
15                              Defendant.        Judge: Hon. John A. Mendez

16

17        Plaintiff United States of America, though its undersigned counsel, and defendant Tamaran

18 Edward Bontemps, through his counsel of his counsel of record, stipulate as follows:

19        1.       This matter is currently set for a hearing on Bontemps' motion to suppress on August 28,

20 2018. (ECF No. 13.) Bontemps filed his motion to suppress evidence and statements on July 17, 2018.

21 (ECF No. 14.) The government's opposition is currently due July 31, 2018. (ECF No. 13.)

22        2.       By this stipulation, the parties now seek to modify the briefing schedule by two weeks.

23 As good cause for granting this request, the undersigned government counsel avers that the government

24 requires a brief period of additional time days to communicate with law enforcement personnel, both to

25 discuss the events at issue and to revise and finalize their declarations.

26 / / /

27 / / /

28 / / /

STIPULATION                                        1

1    3.    By this stipulation, the parties jointly request that the Court modify the briefing schedule

2    as follows:

3            a.   United States' Opposition – due August 14, 2018

4            b.   Defendant's Reply – due August 21, 2018

5            c.   Motion hearing, if necessary – September 11, 2018 at 9:15 a.m.

6    4.    This matter is currently set for a motion hearing on August 28, 2018, and time under the

7    Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, has already been excluded through that date.  (ECF No. 13.)

8    The parties jointly request that the August 28, 2018 motion hearing be continued to September 11, 2018

9    at 9:15 a.m., and that the time from the date the parties file this stipulation, up to and including

10   September 11, 2018, be excluded under the Speedy Trial Act, specifically, 18 U.S.C. § 3161(h)(1)(D)

11   [pretrial motions], and General Order 479 [Local Code E], to allow the Court time to rule on the pending

12   motion.  Counsel and the defendant also agree that the ends of justice served by the Court granting the

13   requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

14        IT IS SO STIPULATED.

15

16   Dated:  July 30, 2018                         */s/ Timothy H. Delgado*_____
                                                   TIMOTHY H. DELGADO
17                                                 Assistant United States Attorney
                                                   Attorney for Plaintiff United States of America
18

19   Dated:  July 30, 2018                         */s/ THD for Michael Petrik, Jr.*_____
                                                   MICHAEL PETRIK, JR.
20                                                 Assistant Federal Defender
                                                   Attorney for Defendant Tamaran Bontemps
21

22

23

24

25

26

27

28

1

**ORDER**

2      The Court has read and considered the parties' Stipulation and Order to Modify the Briefing

3  Schedule and Continue the Motion Hearing to September 11, 2018 at 9:15 a.m., filed July 30, 2018.  The

4  Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes

5  good cause for a modification of the briefing schedule.  The Court further finds that the brief extension of

6  time requested by the parties would not adversely affect the public interest in the prompt disposition of

7  criminal cases.

8      THEREFORE, FOR GOOD CAUSE SHOWN:

9      1.    The briefing schedule on the defendant's motion to suppress evidence is modified as

10          follows:

11          a.    United States' Opposition – due August 14, 2018

12          b.    Defendant's Reply – due August 21, 2018

13          c.    Motion hearing, if necessary – September 11, 2018

14      2.    The Court further orders that the August 28, 2018 motion hearing be continued to

15          September 11, 2018, and that the time from the date the parties filed this stipulation,

16          up to and including September 11, 2018, be excluded under the Speedy Trial Act, 18

17          U.S.C. § 3161(h)(1)(D) [pretrial motions], and General Order 479 [Local Code E], to

18          allow the Court time to rule on the pending motion.  The Court also finds that that the

19          ends of justice served by granting the requested continuance outweigh the best interests

20          of the public and the defendant in a speedy trial.

21      SO ORDERED.

22  Dated:  July 30, 2018                    /s/ John A. Mendez_____
                                             Hon. John A. Mendez
23                                           United States District Court Judge

24

25

26

27

28