McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0099-JAM |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING AND EXCLUDE TIME |
| v. | |
| TAMARAN EDWARD BONTEMPS, | Date: October 9, 2018<br>Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

Plaintiff United States of America, through its respective counsel, and defendant Tamaran Edward Bontemps, through his counsel of record, stipulate as follows:

1. This matter is currently set for an evidentiary hearing on Bontemps' motion to suppress evidence and statements on October 9, 2018. (Minutes, Dkt. No. 22.) The parties' briefing on the motion is complete.

2. By this motion, the parties now seek to continue the evidentiary hearing by two weeks, to October 23, at 1:15 p.m. As good cause for granting this request, the undersigned government counsel avers that he will be out of the office on the morning of October 9, for a law enforcement coordination meeting that was set after the most recent status hearing in this case, the scheduling of which turned on the availability of other senior attorneys within the U.S. Attorney's Office and the District Attorney for a surrounding county. The undersigned government counsel's attendance at this meeting is necessary, and it would be impractical to staff another prosecutor to this case for the evidentiary hearing alone.
EVIDENTIARY HEARING

1

3.      On October 4, the parties filed a joint request to continue the evidentiary hearing by one week, to October 16. (Dkt. No. 23.)  After the filing, the Court notified the parties that due to congestion on the October 16 calendar, the Court will be unavailable to accommodate an evidentiary hearing on that date.  The Court did, however, offer to special set the matter for a hearing on October 23, 2018, at 1:15 p.m.

4.      By this stipulation, the parties jointly request that the evidentiary hearing currently set for October 9, 2018, be continued to October 23, 2018, at 1:15 p.m.

5.      Time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, has been excluded through September 11, 2018, under Local Code E.  (Dkt. No. 16.)  At the September 11, 2018 status hearing, the Court set this matter for an evidentiary hearing for October 9, 2018, but the parties neglected to clarify that time under the Speedy Trial Act should be excluded through the October 9 hearing date.

6.      The parties further request that time from September 11, 2018, to October 23, 2018, be excluded under the Speedy Trial Act, specifically, 18 U.S.C. § 3161(h)(1)(D) [pretrial motions], and General Order 479 [Local Code E], to allow the Court time to rule on the pending motion.  Counsel and the defendant also agree that the ends of justice served by the Court granting the requested exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  October 5, 2018        */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States


Dated:  October 5, 2018        */s/ THD for Michael Petrik, Jr.*
MICHAEL PETRIK, JR.
Assistant Federal Defender
Attorney for Defendant Tamaran Bontemps

# ORDER

The Court has considered the parties' Amended Stipulation and [Proposed] Order to Continue the Evidentiary Hearing and Exclude Time, filed October 5, 2018. The Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes good cause to continue the evidentiary hearing by one week. The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court orders that the time from September 11, 2018, up to and including October 23, 2018, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) [pretrial motions], and General Order 479 [Local Code E]. It is further ordered that the October 9, 2018 evidentiary hearing be continued until October 23, 2018, at 1:15 p.m.

Dated: October 5, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE