McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TAMARAN EDWARD BONTEMPS, <br><br> Defendant. | CASE NO. 2:18-CR-0099-JAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: November 13, 2018 <br> Time: 9:15 a.m. <br> Judge: Hon. John A. Mendez |

Plaintiff United States of America, through its respective counsel, and defendant Tamaran Edward Bontemps, through his counsel of record, stipulate that the status conference now set for November 13, 2018, be continued to November 27, 2018, at 9:15 a.m.

On May 29, 2018, Mr. Bontemps was arraigned on the single-count Indictment. (ECF Nos. 7, 9.) In the days following, the government produced discovery to the defense that included 29 pages of reports and memoranda, and a disk with several videos from the day of the events at issue. In addition, on October 29, 2018, the Court issued an order denying the defendant's motion to suppress evidence and statements. (ECF No. 28.) In light of the Court's recent order, defense counsel requires a brief period of additional time to review the discovery provided, time to confer with his client, time to conduct additional investigation and research potential defenses, and time to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for November 13, 2018, be continued to November 27, 2018, at 9:15 a.m. The parties further agree that time under the

Speedy Trial Act should be excluded from the date the parties stipulated, up to and including November 27, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 9, 2018     */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: November, 2018     */s/ THD for Michael Petrik, Jr.*
MICHAEL PETRIK, JR.
Assistant Federal Defender
Attorney for Defendant Tamaran Bontemps

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

2

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including November 27, 2018, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the November 13, 2018 status conference be continued until November 27, 2018, at 9:15 a.m.

Dated: November 9, 2018            /s/ John A. Mendez_____
                                   Hon. John A. Mendez
                                   United States District Court Judge