| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant<br>TAMARAN EDWARD BONTEMPS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-099 JAM |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date: November 27, 2018 |
| TAMARAN EDWARD BONTEMPS, | ) ) | Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | ) ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set on November 27, 2018 to December 11, 2018, at 9:15 a.m.

Defense counsel requires additional time to review discovery, to examine possible defenses, and to continue investigating the facts of the case. In addition, defense counsel requires additional time to investigate Mr. Bontemps criminal history.

For these reasons, counsel and the defendants agree that the Court should exclude the time from the date of the parties stipulation through December 11, 2018, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Stipulation to Continue -1-

| | | |
|---|---|---|
| DATED: November 26, 2018 | | HEATHER E. WILLIAMS<br>Federal Defender |

*/s/ M. Petrik*_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorney for TAMARAN EDWARD BONTEMPS

DATED: November 26, 2018        MCGREGOR W. SCOTT
                                United States Attorney

                                */s/ Timothy H. Delgado*
                                TIMOTHY H. DELGDO
                                Assistant United States Attorney
                                Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders a status conference on December 11, 2018, at 9:15 a.m. The Court orders the time from the date of the parties stipulation, up to and including December 11, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: November 26, 2018

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge